HELEN JEWELL BERG, Plaintiff-Appellee, *v.* JACOB OSCAR BERG, Defendant-Appellant.

(No. 55471;

First District—September 15, 1971.

Opinion by Mr. JUSTICE BURMAN.